**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| CAROLYN HERZ SRIVASTAVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Cause No. 1:13-cv-01383-RLY-DML |
| | ) | |
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this action is dismissed with prejudice.


Date:  ___11/07/2013___

Laura Briggs, Clerk
United States District Court


_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana


Distribution:

Electronically Registered Counsel

Carolyn H. Srivastava
3105 Lehigh Ct.
Indianapolis, IN 46268